# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: WA:25-CR-00139(13)-ADA |
| (13) KAMERON MICHELLE RIVERS | § § | |

### ORDER

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 25, 2025, wherein the defendant (13) KAMERON MICHELLE RIVERS waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (13) KAMERON MICHELLE RIVERS to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant (13) KAMERON MICHELLE RIVERS' plea of guilty to Count One (1) is accepted.

     Signed this 9th day of December, 2025.

                                                             ALAN D ALBRIGHT
                                                             UNITED STATES DISTRICT JUDGE